## STATEMENT OF FACTS

On Saturday, December 7, 2019 at approximately 12:15 p.m., members of the Metropolitan Police Department (MPD) Seventh District Patrol responded to 1251 Sumner Road Southeast in Washington, D.C. to investigate a radio run for a man with a gun in front of the store that was under the influence of PCP. The lookout given over the seventh district radio channel was for a black male wearing all black with black dreadlock style hair.

Officers responded to the location and observed an individual who matched the description given by the dispatcher, later identified as Travon Wright (Defendant Wright), in front of "Charlie's Corner" store located at 2600 Wade Road Southeast, which is at the same corner as 1251 Sumner Road Southeast. Upon approach of Defendant Wright, officers noticed his eyes were glassy and appeared incoherent and under the influence of an unknown substance. Officers secured Defendant Wright in handcuffs and Officer Boyd conducted a protective pat down for weapons of Defendant Wright's person. Officer Boyd immediately felt a handgun in Defendant Wright's undergarments. Officer Arrington recovered the firearm from Defendant Wright's person. Defendant Wright was placed under arrest.

The firearm recovered is a Ruger, model P95DC, .9 millimeter firearm with an obliterated serial number.  At the time it was recovered, it was loaded with one round in the chamber and eight (8) rounds in the 15-round capacity magazine. There are no firearms manufacturers in the District of Columbia.

A criminal history check of Defendant Wright through the National Crime Information Center confirmed that the defendant has prior felony convictions in Arlington County Virginia for Grand Larceny and Burglary, case number 013CR14000521-00/00527. These crime is punishable by more than one year.

_____
OFFICER MYESHIA HASELL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF DECEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE